FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
11/29/2023 01:57 PM
CV 2023 11 2398

IN THE COURT OF COMMON PLEAS

BUTLER COUNTY, OHIO

| | |
|---|---|
| GARY CREWS<br>3148 PARKWOOD LANE<br>HAMILTON, OHIO 45011<br><br>   Plaintiff<br><br>vs.<br><br>WALMART<br>C/O<br>CT CORPORATION SYSTEM<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OHIO 43219<br><br>   Defendant | Case No._____<br><br>JUDGE_____<br><br>COMPLAINT WITH FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND NOTICE OF 30(B)(5) DEPOSITION<br><br>JURY DEMAND ENDORSED HEREON |

COMPLAINT FOR PERSONAL INJURIES

NOW COMES Plaintiff, Gary Crews, (hereinafter referred to as Plaintiff) by and through the undersigned Counsel, and alleges the following facts and circumstances in support of this Complaint:

COUNT I

1. Plaintiff states that at all times herein Defendant is a duly licensed corporation existing under the laws of Ohio and pursuant to such owns, controls, maintains, manages and operates a retail business open to the public at 3201 Princeton Road, Hamilton, Ohio and that he was a business invitee at said store on May 26, 2022.

2. Plaintiff further states that on said date he was walking and shopping in a normal fashion taking due are for his own safety when a shooting occurred in the store. During and after the shooting, Walmart employees negligently pushed and shoved Plaintiff several times including from behind and trampled Plaintiff causing him to fall and causing a severe injury.

3. Defendant knew or reasonably should have known that its employees were not properly trained to deal with such an event and therefore actively participated in creating a hazardous condition. Defendant negligently hired said employees and negligently retained said employees and negligently supervised said employees.

4. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to seek medical care and may be caused to seek treatment and care in the future to an extent that cannot currently be determined and was caused to incur expenses for his medical care and may be caused to incur further such expenses that cannot currently be determined.

5. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer severe bodily injuries.

6. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer interference with her ability to go about and perform her daily activities in a normal manner and may be caused to suffer such interference in the future that cannot currently be determined.

7. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer a loss of enjoyment of life and may be caused to suffer such loss of enjoyment in the future that cannot currently be determined.

8. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer a loss of wages and may be caused to suffer such loss of wages in the future that cannot currently be determined.

## COUNT II

9. Plaintiff restates and re-alleges all previous paragraphs as if fully re-written herein.

10. Plaintiff further states that on said date Defendant's employees acted in a negligent and careless manner in pushing and shoving Plaintiff causing injury as described above and that they

were acting within the course and scope of their employment with Defendant. Accordingly, Defendant is liable under the doctrine of Respondeat Superior.

11. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to seek medical care and may be caused to seek treatment and care in the future to an extent that cannot currently be determined and was caused to incur expenses for his medical care and may be caused to incur further such expenses that cannot currently be determined.

12. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer severe bodily injuries.

13. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer interference with her ability to go about and perform her daily activities in a normal manner and may be caused to suffer such interference in the future that cannot currently be determined.

14. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer a loss of enjoyment of life and may be caused to suffer such loss of enjoyment in the future that cannot currently be determined.

15. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer a loss of wages and may be caused to suffer such loss of wages in the future that cannot currently be determined.

WHEREFORE, Plaintiff, Gary Crews, prays for judgment against Defendant, Walmart, for a sum of money that will fully, fairly, and adequately compensate him for the injuries and damages she sustained as a direct and proximate result of Defendant's negligence, which sum shall exceed Twenty-Five Thousand Dollars ($25,000.00) together with interest and costs incurred herein.

JURY DEMAND

Plaintiff demands a trial by jury with the maximum number of jurors allowed by law.

Respectfully submitted,

MONGE & ASSOCIATES
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
800-899-5750 telephone
678-579-0204 facsimile
jeffreya@monge.lawyer

*/s/ Jeffrey L. Austin*

_____
JEFFREY L. AUSTIN (0069058)
Attorney for Plaintiff