IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARY CREWS, | : |
| *Plaintiff*, | : Case No. 1:23-cv-848 |
| vs. | : Judge Jeffery P. Hopkins |
| WAL-MART, | : |
| *Defendant*. | : |

**CONDITIONAL ORDER OF DISMISSAL**

The Court has been advised by the parties that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **sixty (60) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

December 13, 2024

Jeffery P. Hopkins
United States District Judge